Decided October 25, 1897.
## LONDON *v.* MOLLER.

From Multnomah: E. D. SHATTUCK, Judge.

Action by T. W. London to recover from John Moller certain moneys. Judgment for plaintiff, and defendant appeals.

*Messrs. Switzer, Donaugh & Adams,* for appellant.

*Mr. Francis D. Chamberlain,* for respondent.

On stipulation of the parties, the appeal was dismissed. No opinion.

DISMISSED.

Decided November 15, 1897.
## STATE *v.* BETZ.
[50 Pac. 1101.]

From Multnomah: T. A. STEPHENS, Judge.

*Messrs. C. M. Idleman,* attorney-general, and *Dan J. Malarkey,* deputy district attorney, for respondent.

No appearance for appellant.

PER CURIAM. The defendant George Betz was jointly indicted with C. F. Moore and Robert Duvalle for the larceny of four gold coins, each of the value of $20, the property of the Johnson-Oliphant Company, a corporation. Upon a separate trial, Betz was convicted thereof, and, being sentenced to imprisonment